

333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

Requests GRANTED. The parties' initial pretrial conference, currently scheduled for October 8, 2025, is adjourned to October 28, 2025 at 10:30 a.m., and will be held remotely via Microsoft Teams. The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Conference ID: 298 711 655#.

Dated: October 3, 2025
New York, New York

SO ORDERED.    October 1, 2025

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

<u>*Via ECF*</u>
Hon. Jennifer L. Rochon
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 Pearl Street
New York, New York 10007

Re:    *Bill Cannon v. Hersha Hospitality Management LP*
       Docket No: 1:25-cv-04035-JLR

Dear Judge Rochon:

    We are the attorneys for plaintiff Bill Cannon ("*Plaintiff*") in this matter and write on behalf of defendant Hersha Hospitality Management LP ("*Defendant*") to respectfully request that the upcoming Initial Conference, scheduled for October 8, 2025 at 10:30 am, be continued for three weeks to allow Defendant time to prepare and file its responsive pleading which is due on October 10, 2025 (ECF No. 29), and provide time for the parties to hold a Rule 26 conference thereafter, and to discuss a possible resolution between the parties. Plaintiff consents to this request. Additionally, the parties respectfully request the Initial Conference be scheduled for a remote appearance.

    As good cause, the parties have been communicating in good faith with the hopes of finding a resolution of the matter. The three-week adjournment would allow the parties time to realize whether this matter could be settled, or alternatively, to prepare for the litigation. Plaintiff states that neither party intends to present evidence at the conference and that the parties can adequately advocate their respective interests remotely. Further, the parties respectfully submit that a remote appearance would limit the fees and expenses that would otherwise be incurred should a physical appearance be required for this conference, avoiding raising the expense of the case and permitting more resources to be expended towards settlement discussions.

    Thank you for your consideration of this request. We look forward to further instruction from Your Honor.



Respectfully submitted,

/s *Dina  Nouhian*
Dina  Nouhian